# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Zambezia Film (Pty) Ltd.
                         Plaintiff,

v.                                                Case No.: 1:13–cv–01748
                                                       Honorable Amy J. St. Eve

Does 1–31, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2013:

      MINUTE entry before Honorable Amy J. St. Eve: Status hearing held on 7/15/201 and continued to 9/16/2013 at 08:30 AM. John Doe #15's motion to quash [11] is denied. John Doe #15 did not appear and there is no substance to the motion. Plaintiff's oral motion to dismiss Does 8, 10, 13, 17 and 24 is granted. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.