# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Zambezia Film (Pty) Ltd.
                          Plaintiff,

v.                                               Case No.: 1:13–cv–01748
                                                      Honorable John F. Grady

Does 1–31, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16,2013:

      MINUTE entry before Honorable Amy J. St. Eve: Status hearing held on 9/16/2013 and continued to 10/15/2013 at 08:30 AM. Plaintiff's motion to file amended complaint or to serve anonymous summons [13] is granted in part and denied in part. Summon s shall be issued to John Doe Defendants. Plaintiff's oral motion to dismiss Doe Defendants Nos. 8, 10, 12, 17, and 24−31 is granted. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.