**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Zambezia Film (Pty) Ltd.
                          Plaintiff,

v.                                            Case No.: 1:13–cv–01748
                                                Honorable Amy J. St. Eve

Does 1–31, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 19, 2013:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 11/19/2013 and continued to 12/10/2013 at 08:30 AM. Plaintiff's oral motion to dismiss doe defendants nos. 2, 3, 6, 19, 26 and 29 is granted. The time for plaintiff to serve doe defendants nos. 11, 15 and 31 is extended to 12/16/13. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.